```
 1
 2
 3
 4
 5
 6
 7                       UNITED STATES DISTRICT COURT
 8
                        CENTRAL DISTRICT OF CALIFORNIA
 9
                              EASTERN DIVISION
10
11  DERRICK HARVEY,                )    CASE NO. EDCV 10-1467-CAS (AJW)
                                   )
12         Petitioner,              )
                                   )    JUDGMENT
13       v.                        )
                                   )
14  CDCR, IRONWOOD STATE PRISON,   )
                                   )
15         Respondent.              )
   _____)
16
17
          It is hereby adjudged that the petition for a writ of habeas
18
   corpus is denied.
19
20
   Dated: August 23, 2011
21
                                           [signature: Christina A. Snyder]
22
                                        _____
23                                         Christina A. Snyder
                                           United States District Judge
24
25
26
27
28
```